1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7
8
9
10
11
12

BOND MANUFACTURING CO.,                )
                                       )
                    Plaintiff(s),      )        Case No. 2:13-cv-00812-APG-NJK
                                       )
vs.                                    )            **ORDER**
                                       )
XIAMEN HWAART COMPOSITE MATERIAL       )
CO., LTD., JIMMY CHEN, and TINA WU,    )        (Mtn to Withdraw - Dkt. #54)
                                       )
                    Defendant(s).      )
_____)

13
14
15
16
17
18

        This matter is before the court on the Motion to Withdraw as Counsel of Record for Defendants
(Dkt. #54) filed February 20, 2014. DeHeng Chen, LLC; Dean T. Cho, Esq., of counsel to DCLLC;
Anthony J. DiFilippi, Esq., of Abelman, Frayne & Schwab and of-counsel to DCLLC; Lewis Brisbois
Bisgaard & Smith LLP and Hong Lu, Esq. of LBBS, seek to withdraw as counsel of record for
Defendants Xiamen Hwaart Composite Material Co., Ltd., Jimmy Chen and Tina Wu (collectively,
"Defendants").

19
20
21
22
23
24
25

        The Motion represents that the Defendants are no longer communicating with their attorneys,
have failed to respond to repeated requests for documents and information responsive to discovery
requests, and have failed to timely pay legal fees and disbursement which has left a large past due
balance owed to Defendants attorneys. Docket No. 54, at 1-2. Local Rule IA 10-6 provides that "no
withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would
result." There are no pending motions and Plaintiff filed its response to Defendants counterclaims on
January 27, 2014.

26
27
28

. . .
. . .
. . .

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1.  The Motion to Withdraw as Counsel of Record for Defendants (Dkt. #54) is GRANTED.

2.  A corporation cannot appear except through counsel. *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Therefore, Xiamen Hwaart Composite Material Co., Ltd., shall have until **March 31, 2014,** to retain new counsel, who shall file a notice of appearance in accordance with the Local Rules of Practice.

3.  Jimmy Chen and Tina Wu shall have until **March 31, 2014,** to either retain new counsel, who shall file a notice of appearance in accordance with the Local Rules of Practice, or to file a statement that they will be proceeding *pro se.*

4.  Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

4.     The Clerk of Court shall add Defendants' addresses to the docket, and serve a copy of this Order on Defendants Xiamen Hwaart Composite Material Co., Ltd., Jimmy Chen and Tina Wu at:

Xiamen Hwaart Composite Material Co., Ltd.
108 Tian-an Rd. Jimei Beiqu, Jimei
Xiamen, Fujian, CHINA 361021
86-592-629-6999

Jimmy Chen
108 Tian-an Rd. Jimei Beiqu, Jimei, Xiamen, Fujian 361021
Xiamen, Fujian, CHINA 361021
86-592-629-6999
jimmy@hwaart.com

Tina Wu
108 Tian-an Rd. Jimei Beiqu, Jimei, Xiamen, Fujian 361021
Xiamen, Fujian, CHINA 361021
86-592-629-6999
jimmy@hwaart.com

Dated: February 21, 2014.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

3