UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOND MANUFACTURING, CO., a California corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>XIAMEN HWAART COMPOSITE MATERIAL CO., LTD., a Chinese entity, JIMMY CHEN, an individual, and TINA WU, an individual,<br><br>　　　　　　　　　　Defendants. | Case No. 2:13-cv-0812-APG-NJK<br><br>**Order Accepting Magistrate Judge's Report and Recommendation and Striking Pleadings**<br><br>(Dkt. ##72, 73, 76) |

On June 24, 2014, Magistrate Judge Koppe entered her Report and Recommendation (Dkt. #76) recommending that plaintiff's motion to strike answer and enter default (Dkt. #72) be granted. No objection has been filed to Judge Koppe's Report and Recommendation. Nevertheless, I have conducted a de novo review of the issues set forth in the Order pursuant to Local Rule IB 3-2. Judge Koppe's Report and Recommendation sets forth the proper legal analysis, and the factual bases, for the decision.

Plaintiff's motion also seeks to dismiss the counterclaims filed by Xiamen Hwaart Composite Material Co., Ltd. and Jimmy Chen against plaintiff. (Dkt. #73.) Although that portion of the motion is not addressed in Judge Koppe's Report and Recommendation, I am able to address it. No opposition was filed to that portion of the motion. Nevertheless, I considered the motion on its merits and good cause exists to grant it, for the reasons set forth in the motion and the reasons set forth in Judge Koppe's Report and Recommendation. Therefore,

IT IS HEREBY ORDERED that Judge Koppe's Report and Recommendation is accepted. The Answer (Dkt. #17) and First Amended Answer (Dkt. #42) filed by defendants Xiamen Hwaart Composite Material Co., Ltd., Jimmy Chen, and Tina Wu is hereby stricken and the clerk is directed to enter default against those three defendants.

IT IS FURTHER ORDERED that the counterclaims (Dkt. #42) filed against plaintiff by Xiamen Hwaart Composite Material Co., Ltd. and Jimmy Chen are hereby dismissed with prejudice.

Dated: July 25, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE