Mark G. Tratos (Nevada Bar No. 1086)
Nancy R. Ayala (Nevada Bar No. 7146)
Laraine M. I. Burrell (Nevada Bar No. 8771)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada  89169
Telephone:   (702) 792-3773
Fax:              (702) 792-9002
tratosm@gtlaw.com; ayalan@gtlaw.com
burrelll@gtlaw.com

Steven H. Bovarnick (California Bar No. 99361)
(Admitted *Pro Hac Vice*)
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street, 21st Floor
San Francisco, California, 94105
Telephone: (415) 957-1800
Fax:            (415) 974-1520
Sbovarnick@lpslaw.com

*Attorneys for Plaintiff/Counterdefendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BOND MANUFACTURING, CO., a California corporation,<br><br>Plaintiff,<br><br>– vs. –<br><br>XIAMEN HWAART COMPOSITE MATERIAL CO., LTD., a Chinese entity, JIMMY CHEN, an individual, and TINA WU, an individual<br><br>Defendants. | Case No. 2:13-cv-00812- APG-NJK<br><br><br><br>**ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANTS** |
| XIAMEN HWAART COMPOSITE MATERIAL CO., LTD., a Chinese entity, and JIMMY CHEN, an individual,<br><br>Counterclaimants,<br><br>– vs. –<br><br>BOND MANUFACTURING, CO., a California corporation,<br><br>Counterdefendant. | |

LV 420347781v1

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, plaintiff BOND MANUFACTURING CO. ("plaintiff" or "Bond"), by and through its counsel of record, the law firm of Greenberg Traurig, LLP and the law firm of Leland, Parachini, Steinberg, Matzger & Melnick, LLP, filed a motion for entry of default judgment against defendants XIAMEN HWAART COMPOSITE MATERIAL CO., LTD., JIMMY CHEN, and TINA WU (collectively the "defendants"). Defendants filed their answer [doc. no. 17] and first amended answer [doc. no. 42] on January 2, 2014. This court struck defendants' answer and first amended answer and dismissed defendants' counterclaims on July 25, 2014 [doc. no. 77] and the Clerk entered Default against defendants on July 25, 2014 [doc. no. 78].

This court has given due consideration to plaintiff's motion for such judgment as well as the papers, pleadings and exhibits offered in support thereof; and the court being fully advised in the matter, it is therefore,

ORDERED, ADJUDGED and DECREED that Judgment be entered in favor of Bond Manufacturing Co. and against defendants Xiamen Hwaart Composite Material Co., Ltd., Jimmy Chen and Tina Wu, on all counts of plaintiff's complaint;

IT IS FURTHER ORDERED that defendants pay plaintiff Bond an award of seven million dollars (USD $7,000,000.00) in statutory damages as a result of defendants' willful counterfeiting;

IT IS FURTHER ORDERED that defendants pay plaintiff Bond an award of one hundred thousand dollars (USD $100,00.00) in statutory damages as a result of defendants' willful trademark infringement;

IT IS FURTHER ORDERED that defendants pay plaintiff Bond for prejudgment accrued interest at 5.25% through judgment and post judgment interest at the statutory rate equivalent to the weekly average 1 year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of judgment;

IT IS FURTHER ORDERED that defendants pay plaintiff Bond the sum of $357,559.90 for reasonable attorneys' fees and $8,208.89 in costs incurred through August 31, 2014 by Bond in the prosecution of this matter; and

*LV 420347781v1*

IT IS FURTHER ORDERED that plaintiff's cash bond of $3,000.00 be released from the registry account of this court and returned to Greenberg Traurig, LLP.

IT IS FURTHER ORDERED that jurisdiction of this case shall be retained by this court for the purpose of enforcement of this Judgment and the Permanent Injunction.

_____
UNITED STATES DISTRICT JUDGE

Dated: January 12, 2015

Respectfully submitted by:

GREENBERG TRAURIG, LLP

/s/ Nancy R. Ayala
Mark G. Tratos (Nevada Bar No. 1086)
Nancy R. Ayala (Nevada Bar No. 7146)
Laraine M. I. Burrell (Nevada Bar No. 8771)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, NV 89169

Steven H. Bovarnick (Admitted Pro Hac Vice)
California Bar No. 99361
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street, 21st Floor
San Francisco, California, 94105

*Attorneys for Plaintiff/Counterdefendant*

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LV 420347781v1